UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

ITG VEGAS, INC., et al.

Debtor.
_____/

Case Nos. 06-16350-BKC-PGH
through 06-16357-BKC-PGH
06-16411-BKC-PGH
06-16412-BKC-PGH
06-16441-BKC-PGH
**(Jointly Administered under Case No. 06-16350-BKC-PGH)**

Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *(1) Order Granting International Thoroughbred Breeders Inc.'s Application for Authority to Retain Stockton Bates, LLP, Certified Public Accountants, Nunc Pro Tunc (DE # 295); and (2) Amended Agreed Order Granting Agreed Motion for Protective Order and Approving Confidentiality and NonDisclosure Agreement (DE #307)*, were served on all parties on the attached Service List (by N.E.F. where indicated and by U.S. Mail to all others) this 8th day of February, 2007.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.
Attorneys for Debtors
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

By: _____
John W. Kozyak
Fla. Bar No. 200395

3148/104/273345.1

**MASTER SERVICE LIST**
**In Re: ITG Vegas, et al.**
**Case No. 06-16350-BKC-PGH**
**(Jointly Administered cases)**
**(* via N.E.F.)**

Heidi A. Feinman, Esq.*
Office of the United States Trustee
51 S.W. 1st Avenue, 12th Floor
Miami, Florida 33131

Thomas M. Messana, Esq.*
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, Fla. 33301

Chad S. Paiva, Esquire*
Adorno & Yoss, LLP
1551 Forum Place, Bldg. 200
West Palm Beach, Fla. 33401-2306

Leslie Gern Cloyd, Esq.*
Berger Singerman, P.A.
350 Las Olas Blvd., Suite 1000
Miami, FL 33301

eCAST Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480
(per notice)

Mariaelena Gayo-Guitian, Esq.*
Adorno & Yoss, LLP
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301

Members of Committee of Unsecured
Creditors are highlighted in **BOLD**

**James Crystal, Inc.**
**Charles Pigott, P.A.**
**330 US Highway One, Suite 2**
**Lake Park, FL 33403**
cmpigott@aol.com

**Oolala Productions, Inc.**
**Luanne Allgood, President**
**6430 SW 81st Street**
**Miami, FL 33133**
Cathy@oolala.com

Joan M. Levit, Esq.*
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fla. 33301

Stephen Sutton, Esq.
Lathrop & Gage, L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108-2612
ssutton@lathropgage.com

Cyberscan Technology, Inc.
d/b/a Cyberview Technology
Susan L. Walker
731 Pilot Road, Suite J
Las Vegas, NV 89119
susan.walker@cybview.com

Kenneth M. Jones, Esq. *
Moody Jones Montefusco & Ingino, P.A.
1333 S. University Drive, Suite 201
Plantation, FL 33324

Mark R. Hanson, Esq.
Mark R. Hanson, P.A.
240 Tenth Street
West Palm Beach, FL 33401

Gregory S. Grossman, Esq. *
Astigarraga Davis Mullins et al.
701 Brickell Avenue, 16th Floor
Miami, FL 33131

Susan K. Curtin, Esq. (Temp. Chairperson
**Counsel for American Express**
Becket & Lee, L.P.
P.O. Box 3001
Melvern, PA 19355
scurtin@becket-lee.com

**Palm Beach Newspapers, Inc.**
**Susan Meldonian, Credit Mgr**
**2751 S. Dixie Hwy**
**West Palm Beach, FL 33416**
smeldonian@pbpost.com

**The Mathis Group**
**Donald B. Mathis, President**
**146 Thorton Drive**
**Palm Beach Gardens, FL 33418**
mathisgrp@aol.com

David Weitman, Esq.*
Hughes & Luce, LLP
1717 Main Street
Suite 2800
Dallas, TX 75201

Michael I. Goldberg, Esq.*
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fla. 33301

Peter M. Armold, Esq.
Gary Dytrych & Ryan, P.A.
701 U.S. Highway One Circle, Suite 402
N. Palm Beach, Fla. 33408
parmold@gdr-law.com

Paul S. Singerman, Esq.*
Berger Singerman, P.A.
200 S. Biscayne Boulevard, Suite 1000
Miami, FL 33131
singerman@bergersingerman.com

Gilbert B. Weisman, Esquire *
Counsel for eCast Settlement Corp.
Becket & Lee, L.P.
P.O. Box 3001
Melvern, PA 19355

James W. Stroup, Esq.
Stroup & Martin, P.A.
119 SE 12 St (Davie Blvd.)
Ft. Lauderdale, FL 33316

**Miles Media Group, Inc.**
**Donna Campbell, Collection Agent**
**6751 Professional Prkwy, West**
**Sarasota, FL 34240**
donna.campbell@milesmedia.com

**Word of Mouth Advertising Inc.**
**Martin Liszewski, President**
**8324 Kelso Drive**
**Palm Beach Gardens, FL 33418**
womaone@aol.com